UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NICOLE LAWTONE-BOWLES, | |
| Plaintiff, | |
| -against- | 13-CV-4900 (LAP) |
| DETECTIVE JOHN MIGHT, CPS KAREN KOZYTOWSKI, VILLAGE OF HIGHLAND FALLS POLICE DEPARTMENT, | CIVIL JUDGMENT |
| Defendants. | |

LORETTA A. PRESKA, Chief United States District Judge:

Pursuant to the order issued April 17, 2014, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 17, 2014
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Chief United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____