# MANDATE

S.D.N.Y.-N.Y.C.
13-cv-4900
Preska, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand fourteen.

Present:

José A. Cabranes,
Peter W. Hall,
Gerard E. Lynch,
        *Circuit Judges.*

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 3, 2014

Nicole Lawtone-Bowles,

        *Plaintiff-Appellant*,

v.                                                        14-1745

Village of Highland Falls New York Police Department, *et al.*,

        *Defendants-Appellees*.

_____

Appellant, *pro se,* moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

MANDATE ISSUED ON 09/03/2014